# Third District Court of Appeal

## State of Florida

Opinion filed February 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0255
Lower Tribunal Nos. A91UHDE, 19-350 AC

_____

**Michele James**,
Appellant,

vs.

**The State of Florida**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Robin Faber, Judge.

Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.

Katherine Fernandez Rundle, State Attorney, and Mark Lopez-Trigo and Manpreet K. Uppal, Assistant State Attorneys, for appellee.

Before EMAS, C.J., and MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.